UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

FRANK NITTIE,

                Plaintiff,    CASE NO.: 2:23-CV-07356-SK

    -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees** in the amount of Seven Thousand Seven Hundred Twenty-Nine Dollars and Sixty-Three Cents ($7,729.63) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), payment shall be delivered either electronically or by mail to Olinsky Law Group.

So ordered.

Date:  December 2, 2024      _____
                              Hon. Steve Kim
                              United States Magistrate Judge